**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA**

**IN RE:** Andrew P Stockli and Amy K Stockli

        **Chapter 13
        Case No. 12-50038**

**O R D E R**

      This matter came upon the confirmation hearing on debtor(s)' proposed Chapter 13 plan and any objections thereto and the trustee's motion to dismiss or convert. It appearing to the court that the debtor(s)' plan is not ready for confirmation, it is hereby
**O R D E R E D:**

1.     The hearing on the confirmation of debtor(s)' proposed Chapter 13 plan and any objections thereto and the trustee's motion to dismiss are:

    ____ (a)   **CONTINUED** to _____ at _____.

    __X__(b) **CONTINUED** to the same date and time as any hearing on the modified plan to be filed as required in paragraph 6 below.

2. _____     This continuance is conditioned upon the debtor(s) keeping their plan payments current. Failure to do so results in dismissal on the continued hearing date or automatic dismissal without further notice or hearing twenty (20) days after the trustee's certification that plan payments are delinquent unless the debtor files a timely response to the certification.

3. ____     The debtor(s) shall have until _____ to bring plan payments current, otherwise, the case will be dismissed at the continued hearing date or will be automatically dismissed twenty (20) days after the trustee's certification that plan payments are delinquent unless the debtor timely files a response to the certification.

4. _____     The hearing on confirmation, and any objections thereto, and the trustee's motion to dismiss/convert are continued to _____ at _____ at which time all the conditions marked with an "X" on the attached Exhibit A must have either been accomplished or the case will be dismissed on the continued hearing date without further notice or hearing.

5. __X_____     Confirmation of the debtor(s)' existing Chapter 13 plan is **DENIED.**

6. ___X___     The debtor(s) shall have until ___10/17/12_____ to file a modified plan. Upon failure to do so, or to request an extension of time prior to the due date for the modified plan, this case shall be dismissed

       without further notice or hearing, unless on or before the due date for the modified plan counsel files a certification that there is no need to file a modified plan.

       Should a modified plan be timely filed, counsel shall serve it in accord with existing procedures and orders of this court; provided however, that no service shall be required as to any class of creditors not adversely affected by the amended plan, as certified in writing by counsel for the debtor(s) and endorsed as agreed by the trustee, which certification shall be filed with the Clerk no later than the date by which service of the modified plan is required to be made. In all cases of plan modification, service shall be made upon any creditor who has any pending objection to confirmation or a specific request for notice.

7. \_\_\_\_ Counsel for the debtor(s) shall submit a wage deduction order to the court no later than _____ or the debtor(s) shall appear at the continued hearing date to show cause why no wage deduction order should be entered.

8. _____ Should the trustee be prepared to recommend confirmation, she/he may submit a confirmation order for entry prior to the continued hearing provided there is no pending objection by a creditor to confirmation.

9.   X   Exhibits for the confirmation hearing shall be pre-filed 7 days prior to the hearing.

       Motion to dismiss on § 109(e) grounds is denied. Objection to exemptions claimed at 100% f.m.v. is overruled.

  Debtor(s) counsel shall serve a copy of this order upon the Chapter 13 trustee and all creditors or their counsel who have filed objections, a motion to dismiss or convert, or an unresolved motion for relief from the automatic stay.

Dated: October 17, 2012

*Rebecca B Connelly*
U. S. Bankruptcy Judge

We consent:
/s/ Herbert Beskin                       /s/ Daniel M. Press
Chapter 13 Trustee                   Debtor's counsel
                                           Daniel M. Press, Esq.
                                           Chung & Press, P.C.
                                           6718 Whittier Avenue, Suite 200
                                           McLean, VA 22101